UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09

RAFAEL ROSA,

                Plaintiff,

-v-

AMERICAN AIRLINES, INC., *et al.*,

                Defendants.

No. 09 Civ. 8563 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a pre-motion letter from Defendant American Airlines, Inc., dated October 13, 2009. Pursuant to my Individual Practice 2.A, Plaintiff should have responded to the letter within three days. The Court, however, has received no response from Plaintiff.

    Accordingly, IT IS HEREBY ORDERED THAT Plaintiff shall respond to Defendant American Airlines Inc.'s pre-motion letter no later than October 22, 2009 at 5:00 p.m. Plaintiff's response shall conform to my Individual Practices.

SO ORDERED.

DATED:    October 19, 2009
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE